IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
In re:                                                                                        :         Chapter 15
:
BUMI INVESTMENT PTE LTD,                                         :         Case No. 14-13296
:
       Debtor in a Foreign Proceeding.                   :
:
------------------------------------------------------------------------X
:
In re:                                                                                        :         Chapter 15
:
BUMI CAPITAL PTE LTD,                                              :         Case No. 14-13297
:
       Debtor in a Foreign Proceeding.                   :
:
------------------------------------------------------------------------X
:
In re:                                                                                        :         Chapter 15
:
ENERCOAL RESOURCES PTE LTD,                               :         Case No. 14-13298
:
       Debtor in a Foreign Proceeding.                   :
:
------------------------------------------------------------------------X

## ORDER AUTHORIZING JOINT ADMINISTRATION

       Upon review of the motion (the "Motion")[1] of Andrew Christopher Beckham, the duly authorized foreign representative (the "Foreign Representative") of the above-captioned debtors in a foreign proceeding (the "Foreign Debtors"), commenced in the High Court of the Republic of Singapore (the "Singapore Court") pursuant to Section 210(10) of the Companies Act (Cap. 50) (collectively, the "Singapore Proceeding"), for entry of an order, pursuant to section 105(a) of title 11 of the United States Code ("Bankruptcy Code") and Rule 1015(b) of the

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings set forth in the Motion.

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and directing the joint administration of the Foreign Debtors' related chapter 15 cases for procedural purposes only; and upon the Beckham Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interests of the Foreign Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The above-captioned chapter 15 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Foreign Debtors' chapter 15 estates, and this Order shall be without prejudice to the rights of the Foreign Representative to seek entry of an order substantively consolidating the Foreign Debtors' respective estates.

4. The caption of the jointly-administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 15
                                                              :
BUMI INVESTMENT PTE LTD, *et al.*[1]                          :    Case No. 14-13296
                                                              :
       Debtors in a Foreign Proceeding.        :    (Jointly Administered)
                                                              :
------------------------------------------------------------------------X

[1] The Foreign Debtors are Bumi Investment Pte Ltd, Bumi Capital Pte Ltd and Enercoal Resources Pte Ltd.

      5.    A docket entry shall be made in each of the Foreign Debtors' cases substantially as follows:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 15 cases listed below. The docket in Case No. 14-13296 should be consulted for all matters affecting this case. The following chapter 15 cases are jointly administered pursuant to the Joint Administration Order:
>
> Bumi Investment Pte Ltd (Case No. 14-13296), Bumi Capital Pte Ltd (Case No. 14-13297) and Enercoal Resources Pte Ltd (Case No. 14-13298).

      6.    The Foreign Representative is hereby authorized to (a) utilize a combined service list for the Foreign Debtors' jointly-administered cases and (b) send combined notices to creditors for the Foreign Debtors' estates and other parties in interest as applicable.

      7.    The Foreign Representative is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

3

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: December 30, 2014
      New York, New York

                                  *s/ Robert E. Gerber*
                                  UNITED STATES BANKRUPTCY JUDGE