Kenneth R. Puhala
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Attorneys for Andrew Christopher Beckham, as Foreign Representative*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
In re:                                                              :    Chapter 15
                                                                    :
BUMI INVESTMENT PTE LTD, *et al*,[1]                                :    Case No. 14-13296
                                                                    :
           Debtors in a Foreign Proceeding.                         :
                                                                    :
---------------------------------------------------------------------X

# AMENDED STATUS REPORT

1. By Order entered on January 22, 2015 (the "Recognition Order"), this Court recognized Andrew Christopher Beckham as the foreign representative (the "Foreign Representative") of Bumi Investment Pte Ltd, Bumi Capital Pte Ltd and Enercoal Resources Pte Ltd (the "Foreign Debtors") in the above-referenced jointly-administered Chapter 15 cases. [Docket No. 24].

2. In the Recognition Order, this Court also determined that proceedings pending before the High Court of the Republic of Singapore (the "Singapore Court"), pursuant to Section 210(10) of the Companies Act (Cap. 50) in which the Foreign Debtors are parties, are foreign main proceedings pursuant to 11 U.S.C. §§ 1502(4) and 1517(b)(1) (the "Singapore Proceeding").

---

[1] The Foreign Debtors are Bumi Investment Pte Ltd, Bumi Capital Pte Ltd and Enercoal Resources Pte Ltd.

3. Paragraph 5 of the Recognition Order provides that "[t]he Singapore Proceeding and all orders of the Singapore Court, shall be and hereby are granted comity and given full force and effect in the United States to the same extent that they are given full force and effect in the Republic of Singapore, and each is binding on all creditors of the Foreign Debtors."

4. The Foreign Debtors are wholly-owned subsidiaries of PT Bumi Resources Tbk ("Bumi Resources"), a public company incorporated under the laws of Indonesia.

5. Bumi Resources has an interest, either directly or otherwise, in a total of 67 entities incorporated in various jurisdictions (the "Bumi Group").

6. On November 24, 2014, the Singapore Court entered orders in the Singapore Proceeding prohibiting for a period of six (6) months the commencement or continuation of any action by any creditors against the Foreign Debtors and the guarantors of the debts of the Foreign Debtors including Bumi Resources, including, without limitation, proceedings for the recovery of a debt or damages by civil action, or proceedings by way of execution on a judgment (collectively, the "Moratorium").

7. On April 30, 2015, the Singapore Court issued orders providing that the Moratorium as to Bumi Investment Pte Ltd and Bumi Capital Pte Ltd would terminate in the event that any bankruptcy, insolvency, reorganization or suspension of payments proceeding in respect of any member of the Bumi Group was commenced in Indonesia.

8. On May 21, 2015, the Singapore Court issued orders extending the Moratorium for a period of five (5) months, until October 24, 2015.

9. The Moratorium has expired and the Singapore Proceeding has been discontinued. Since the grounds for recognition have ceased to exist, this case may be closed pursuant to Sections 350(a) and 1571(d) of the Bankruptcy Code and Local Rule 5009-2.

10. On April 6, 2016, Castleford Investment Holdings Ltd. filed a PKPU (also known as Penundaan Kewajipan Pembayaran Utang) application against Bumi Resources in the Central Jakarta Commercial Court in Jakarta, Indonesia (the "Indonesian Proceedings"). A PKPU is a court-enforced suspension of debt payment obligation process which is designed to provide a company a definite period of time to restructure its debts and reorganize. On April 25, 2016, the Indonesian court granted a temporary moratorium on debt payments for 45 days during which Bumi Resources may seek agreement of its creditors as to a composition plan for the debt payments or an extension of moratorium thereof subject to consent by the creditors. The Foreign Debtors and Bumi Resources expressly reserve all of their legal and equitable rights under the Bankruptcy Code to initiate separate Chapter 15 cases with respect to the Indonesian Proceedings and to seek recognition of the Indonesian Proceedings.

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kenneth R. Puhala
    Kenneth R. Puhala
    140 Broadway, Suite 3100
    New York, NY 10005-1101
    Phone: (212) 973-8000
    Fax: (212) 972-8798
    kpuhala@schnader.com

*Attorneys for Andrew Christopher Beckham, as Foreign Representative*

Dated: May 13, 2016